THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. OSCAR HOBBS, Defendant-Appellant.

(No. 57049; )

First District (2nd Division)—September 25, 1973.

PER CURIAM.
STAMOS, P. J., took no part.

Ellis B. Rosenzweig, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and John M. Cutrone, Assistant State's Attorneys, of counsel,) for the People.

*In re* APPLICATION OF THE COUNTY TREASURER AND EX-OFFICIO COUNTY COLLECTOR OF COOK COUNTY.—(MID-AMERICA INVESTMENT CORPORATION, Petitioner-Appellee, *v.* LARRY CORPORATION, Respondent-Appellant.)

(No. 58105; )

First District (2nd Division)—September 25, 1973.